IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE NICKLAS, *et al.*, | |
| Plaintiffs, | Case No. 2:22-cv-03304 |
| v. | Judge Marbley |
| PICKAWAY PLAINS AMBULANCE SERVICE INC. d/b/a PRO CARE MEDICAL TRANSPORTATION SERVICE, | Magistrate Judge Vascura |
| Defendant. | |

## CONSENT FINAL JUDGMENT ENTRY

Plaintiff Stephanie Nicklas ("Plaintiff Nicklas"), Plaintiff Davian Rogers ("Plaintiff D. Rogers") and Plaintiff Jerrod Rogers ("Plaintiff J. Rogers") (collectively, "Plaintiffs") commenced this action against Pickaway Plains Ambulance Service Inc. d/b/a Pro Care Medical Transportation Service ("Defendant") on September 1, 2022, on behalf of themselves and all similarly situated individuals as a collective under 29 U.S.C. § 216(b) and as a class under Fed. R. Civ. P. 23 alleging violations of the Fair Labor Standards Act ("FLSA"), Article II, Section 34A of the Ohio Constitution, the Ohio Wage Act ("OWA"), the Ohio Prompt Pay Act ("OPPA"), and O.R.C. § 2307.60.[1] The Clerk of Court for the United States District Court for the Southern District of Ohio entered Default against Defendant on November 18, 2022, after Plaintiffs had requested the Clerk of Court on November 15, 2022 to enter Default against Defendant. Plaintiffs, on behalf of themselves and the 22 individuals that have opted-in to this action as party Plaintiffs (the "opt-in Plaintiffs").

Plaintiffs perfected service upon Defendant's registered agent on September 23, 2022. *See* ECF No. 11. On October 12, 2022, Plaintiffs stipulated with Defendant to extend Defendant's time

---

[1] *See* ECF No. 1 at PAGEIDs 11-12 (FLSA minimum wage allegations), PAGEIDs 12-13 (Ohio Constitution allegations), PAGEIDS 13-14 (OPPA allegations), and PAGEIDs 14-15 (O.R.C. § 2307.60 allegations).

1

to answer, move, or otherwise respond to Plaintiff's Complaint to November 13, 2022. *See* ECF No. 15. Defendant did not have counsel that was admitted to practice in this district, but its counsel, Mr. Frederick Gawronski of the law firm Colligan Law, LLP, 12 Fountain Plaza, Suite 600, Buffalo, NY 14202, had reviewed and approved of the stipulation. *See id.*

By November 13, 2022, Defendant had not filed a responsive pleading to Plaintiffs' Complaint, nor had it served a copy of any responsive pleading upon them. However, prior to then, Defendant was aware of Plaintiffs' Complaint and each individual opt-in Plaintiff as Plaintiffs and those already opted-in (the opt-in Plaintiffs) had extended a settlement demand to Defendant which included a damages chart demonstrating what each Plaintiff and opt-in Plaintiff was entitled to. *See* **Exhibit A**.

Upon Plaintiffs' request, on November 18, 2022 the Clerk of Court entered default as to Defendant. *See* ECF Nos. 19-20. Prior to Plaintiffs filing their Motion for Default Judgment, Plaintiffs and Defendant, by and through their respective counsel, and pursuant to a settlement reached between the Parties, hereby stipulate and consent to a Final Judgment Entry in the above-captioned matter as to Plaintiff's Complaint, as follows:

1. Defendant voluntarily and knowingly consents to judgment in favor of Plaintiffs and the Putative Class, and against Defendant, in the total amount of $192,500.00.

2. Defendant stipulates and consents to certify a class, pursuant to 29 U.S.C. § 216(b) for the forty-five (45) employees listed on **Exhibit A**.

3. Defendant will send a Judgment Notice (**Exhibit B**) and Consent to Join and Acceptance of the Individual Payment Amounts ("Consent to Join Settlement") (**Exhibit C**) to each of the twenty-three (23) members of the FLSA Class that have not filed their Notice of Consent as of this Consent Judgment ("Putative Class Members") within fourteen (14) days of the filing of this Consent Judgment via U.S. First Class, Postage Prepaid mail.

    a. The Judgment Notice will inform the Putative Class members of their individual unpaid wage and liquidated damages payments. The Consent To Join

will evidence their willingness to join this lawsuit and accept the payments.

    b. Defendant will provide each Putative Class member a postage pre-paid envelope, addressed to Barkan Meizlish DeRose Cox, LLP, for the Putative Class member to return their Consent to Join Settlement.

    c. The Putative Class members will have 30 days to post-mark or return their Consent to Join Settlement ("Notice Period").

    d. The Putative Class member shall return the Consent to Join the Judgment as indicated within the Notice Period, evidenced by such postmark on the envelope.

    e. Only Putative Class members who return the Consent to Join the Judgment to Barkan Meizlish DeRose Cox, LLP within the Notice Period are eligible to receive their payments.

4.   Defendant stipulates and consents to pay each Named Plaintiff, the twenty-two (22) Opt-in Plaintiffs who filed their Consents as of this Consent Judgment, and any Putative Class Member who returns a Consent to Join the Judgment within the Notice Period ("FLSA Class Members) their unpaid wage and liquidated damages amount listed on **Exhibit A**.

    a. The total funds for the payment of unpaid wages and liquidated damages is $159,079.77.

    b. The unpaid wage portion will be a gross figure and the Defendant will withhold payroll taxes as it did on FLSA Class Members' last paycheck. Defendant will be responsible for paying the employer share of the withholding from funds outside of the $192,500.00. Defendant, at its own cost, will prepare and mail the unpaid wage check, U.S. First Class, Postage Prepaid within forty-five (45) days of the filing of this Consent Judgment. Defendant will issue each FLSA Class Member a W-2 for 2023.

    c. The liquidated damages portion will be paid in a check with no taxes taxed out.

Defendant, at its own cost, will prepare and mail the liquidated damages check, U.S. First Class, Postage Prepaid within forty-five (45) days of the filing of this Consent Judgment. Defendant will issue each FLSA Class Member a Form 1099 for 2023.

    d. Defendant can send the unpaid wage check and liquidated damages check in a single envelope.

5. Defendant stipulates and consents to pay Named Plaintiffs, Stephanie Nicklas, Davian Rogers, and Jerrod Rogers $1,000.00 each as a service payment for their bringing this lawsuit and help prosecuting same. Defendant, at its own cost, will prepare and mail the service payment check, U.S. First Class, Postage Prepaid within forty-five (45) days of the filing of this Consent Judgment. Defendant will issue Stephanie Nicklas, Davian Rogers, and Jerrod Rogers a Form 1099 for 2023.

6. Defendant stipulates and consents to pay the law firm of Barkan Meizlish DeRose Cox, LLP $30,420.23, for attorney's fees and costs pursuant to 29 U.S.C. § 216(b). *See, Declaration of Robert E. DeRose,* **Exhibit D.** Defendant, at its own cost, will prepare and mail the attorney's fees and costs check, U.S. First Class, Postage Prepaid within forty-five (45) days of the filing of this Consent Judgment. Defendant will issue Barkan Meizlish DeRose Cox, LLP a Form 1099 for 2023.

7. Any amounts that remain unclaimed by the Putative Class members at the conclusion of the Notice Period, and/or amounts that remain uncashed when the FLSA Class members checks become void, will revert to Defendant.

Dated: December _____, 2022

**SO ORDERED**

                                      Algenon J. Marbley
                                      United States District Judge

December 2, 2022                                        Respectfully Submitted,

**BARKAN MEIZLISH DEROSE COX, LLP**                     **COLLIGAN LAW, LLP**

/s/*Robert E. DeRose*                                   Frederick J. Gawronski, Esq.
Robert E. DeRose (OH Bar No. 0055214)                   12 Fountain Plaza, Suite 600
4200 Regent Street, Suite 210                           Buffalo, NY 14202
Columbus, OH 43219                                      Phone: 716-885-1150
Phone: (614) 221-4221                                   Fax: 716-885-4662
Facsimile: (614) 744-2300                               fgawronski@colliganlaw.com
bderose@barkanmeizlish.com

*Counsel for Plaintiffs*                                *Counsel for Defendant*